| WELLS FARGO BANK, N.A., | * | NO. 2019-CA-0392 |
| AS TRUSTEE FOR OPTION | | |
| ONE MORTGAGE LOAN | * | COURT OF APPEAL |
| TRUST 2000-C, ASSET- | | |
| BACKED CERTIFICATES, | * | FOURTH CIRCUIT |
| SERIES 2000-C | | |
| | * | STATE OF LOUISIANA |
| VERSUS | | |
| | * | |
| TRACIE WASHINGTON | | |
| | * | |

* * * * * * *


**LOBRANO, J., CONCURS IN THE RESULT.**